473 A.2d 664

Commonwealth v. Wilkinson, Appellant.

Petition for Allowance of Appeal
Denied July 2, 1984.

Submitted February 1, 1984. Lewis J. Bott, Assistant Public Defend-

er, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.